UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| MELANIE RENEE SCHOOF ) | CASE NO. 09-35105 |
| ) | Chapter 7 |
| Debtor ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now Chapter 7 Trustee Joseph D. Bradley and notifies this Court as follows:

1. That pursuant to 11 U.S.C. §347(a) and Rule 3011 of the Bankruptcy Rules, your Trustee wishes to deposit with the Clerk of this Court the funds of this bankruptcy estate representing unclaimed funds issued as a check to a creditor, which check has gone unpaid for more than 90 days after its issuance by your Trustee.

2. That the name and address of the entity and the amount which it is entitled to be paid from the funds being deposited with the Clerk of the Court herewith is as follows:

| NAME | DIVIDEND PAYABLE |
|---|---|
| Corinthian Colleges, Inc.<br>6 Hutton Centre Drive, Suite 400<br>Santa Ana, CA 92707-5764 | $74.35 |

Submitted this 15th day of November, 2010.

/s/ Joseph D. Bradley, Trustee
JOSEPH D. BRADLEY, Trustee
#11742-71
105 E. Jefferson Blvd., Suite 512
South Bend, IN 46601
Telephone: (574) 234-5091
jdbjd@mindspring.com

CERTIFICATE OF SERVICE

        The undersigned certifies that a true and correct copy of the foregoing NOTICE OF DEPOSIT OF UNCLAIMED FUNDS was served electronically upon the Office of the U.S. Trustee, at ustpregion10.so.ecf@usdoj.gov, this 15th day of November, 2010.


        /s/ Joseph D. Bradley
        JOSEPH D. BRADLEY